IN THE COMMONWEALTH COURT OF PENNSYLVANIA

MaryKate Elizabeth Gray,       :
              Appellant     :
                           :
        v.             :    No. 1759 C.D. 2016
                           :
Commonwealth of Pennsylvania,  :
Department of Transportation,    :
Bureau of Driver Licensing      :

## **O R D E R**

NOW, August 7, 2017, having considered appellant's application for reargument, the application is denied.

MARY HANNAH LEAVITT,
President Judge